## No. 7605.

### MARIA HARVEY vs. SUCCESSION OF C. J. NICHOLSON.

A claim must be rejected when the testimony in support of it is not only intrinsically improbable but extrinsically is shewn to be unreliable, and when to believe it, every reasonable hypothesis must be disregarded.

Nurse wages are prescribed by the lapse of one year.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*Percy Roberts* for Plaintiff.   *Singleton & Browne* for Defendant Appellant.

The claim was for wages as nurse under three contracts, covering the time from July, 1876, to January, 1879, and amounted to $5,065. The opinion reviews the testimony, and reduces the judgment of the lower court, which was for the whole claim, to four hundred dollars.

WHITE, J., rendered the opinion.

## No. 7564.

### D. R. CARROLL vs. MRS. BARRIÈRE & HUSBAND.

A married woman is considered a public merchant when she carries on a separate trade, and this implies an active participation on her part in the business, and personal conduct of it by her, and hence to render her liable for goods purchased, it must appear that the goods were in the line of her trade, and were not for the husband's use.

APPEAL from the Fourth District Court of New Orleans. HOUS-TON, J.

*McCaleb* for Plaintiff Appellant.   *A. & W. Voorhies* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.